# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EPPERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00743-DAD-BAM<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>(Doc. No. 2)<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Chris Epperson ("Plaintiff"), proceeding pro se, filed this action on March 28, 2019. (Doc. No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. No. 2.)

Plaintiff's application to proceed in forma pauperis was not adequately completed. Plaintiff failed to indicate whether he is the petitioner/plaintiff/movant and identified his name as "Facto quoto Salis malice." Plaintiff further stated that he is not incarcerated but then identified the place of his incarceration as "Only marines clone." In response to questions regarding whether he is employed at the institution where he is incarcerated and receives payment, Plaintiff responded "3" and "5," respectively. Plaintiff further indicated that he is currently employed but declined to identify the amount of his take-home salary or wages and pay period or give the name and address

1

of his employer. Plaintiff responded to questions regarding his income by stating that he has received rent payments, interest, dividends, pensions, annuities, life insurance payments, gifts, and/or inheritances within the past twelve months but did not describe each source of money, the amount received, and what he expects he will continue to receive. Plaintiff additionally indicated that he has cash or checking or savings accounts, but in response to questions regarding the total amount, Plaintiff responded "(leave to Court)." Plaintiff stated on his application that he owns real estate, stocks, bonds, securities, other financial instruments, automobiles, or other things of value, but when asked to describe the property and state its value, Plaintiff solely listed his name and a P.O. Box address in Buffalo, New York. In response to questions regarding persons who are dependent on Plaintiff for support, their relationship to Plaintiff, and the amount contributed to their support, Plaintiff responded "14240-4215." Plaintiff further dated his application as "93706."

As written, Plaintiff's application is incoherent and insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action. Plaintiff is reminded that he must disclose all assets and sources of money he receives, including the amounts. Further, the in forma pauperis application must be completed in full and must state sufficient information for the Court to determine the ability to pay the costs of litigation.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff must accurately and adequately answer the questions presented on the form. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4. **If Plaintiff fails to comply with this order, the Court will dismiss this action for failure to obey a court order and/or failure to prosecute.**

IT IS SO ORDERED.

Dated: **July 1, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE